KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CHINHAYI J. COLEMAN (CSBN 194542)
Assistant United States Attorney

*E-filed 7/21/06*

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5087
Facsimile: (408) 535-5081
Email: chinhayi.j.coleman@usdoj.gov

Attorneys for Cross-Defendants
United States of America and
Bureau of Land Management

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TODD SCOTT OLSON,<br><br>    Plaintiff,<br><br>    v.<br><br>LORRAINE NOLAN-SURPRENANT and DOES 1 to 5,<br><br>    Defendants.<br>_____<br>LORRAINE NOLAN-SURPRENANT, an individual,<br><br>    Cross-Complainant,<br><br>    v.<br><br>UNITED STATES OF AMERICA;<br>BUREAU OF LAND MANAGEMENT;<br>and DOES 1 through 20, inclusive,<br><br>    Cross-Defendants. | Case No. C 06-3753 HRL<br><br>STIPULATION AND [PROPOSED]<br>ORDER FOR DISMISSAL WITH PREJUDICE |

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
C 06-3753 HRL

1

1  Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), Plaintiff Todd Scott Olsen, Defendant/Cross-Complainant Lorraine Nolan-Suprenant, and Cross-Defendants United States of America and Bureau of Land Management, stipulate to the dismissal with prejudice of Todd Scott Olsen v. Lorraine Nolan-Suprenant, and Lorraine Nolan-Suprenant v. United States of America and Bureau of Land Management, Northern District of California Case Number C 06-3753 HRL. Each party will bear its own costs.

DATED: June 30, 2006

TERRY A. ROWLAND
Counsel for Defendant/Cross-Complainant
Lorraine Nolan-Suprenant

DATED: July 3, 2006

SCOTT SCHAFFMAN
Counsel for Plaintiff Todd Scott Olsen

DATED: June 30, 2006

KEVIN V. RYAN
United States Attorney

CHINHAYI J. COLEMAN
Assistant United States Attorney

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/21/06

THE HONORABLE HOWARD R. LLOYD
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
C 06-3753 HRL

2

TOTAL P.03